```
              Mark Peysen &   # 50201-177
                   Forrest City Camp
                     P.O.Box 8000
                   Forrest City , Ar
                         72335
```



```
                     10-3-2019
```

United States District Court
    Office Of The Clerk
Northern District Of Texas
1000 Lamar St.Room 203
Wichita Falls ,TX 76301-3431

Re:Civil Action No.7:18-cv-033-0

28 U.S.C.§ 2255

(Criminal Action No.7:15-cr-016-0)

Dear Clerk:
      Please find enclosed the original and four copies of my:
MOTION FOR RECONSIDERATION for filing with Court.Additionally,
enclosed is a self addressed stamped envelope for the fourth
copy dated and stamped.

      Thank you for your time.

                                            Sincerly
                                            Mark Peysen

                                            *Mark Peysen* (signature)

Name: Mark Peyson
Reg# 50201-177
Federal Prison Camp
P.O. Box 8000
Forest City, AR 72336

RECEIVED
OCT - 7 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

50201-177
United States District Ct
Office of the Clerk
1000 Lamar ST
Room 203/Nrthn Dist TX
Wichita Falls, TX 76301-3431
United States

76301-343153

MEMPHIS TN 380
01 OCT 2019 PM 4 L

